■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ROMAN, Appellant. — Judgment, Supreme Court, Bronx County (Eugene Nardelli, J.), rendered on December 18, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Carro, Bloom and Kassal, JJ.

■ MANUFACTURERS HANOVER TRUST COMPANY, as Agent for Itself and MARINE MIDLAND BANK, N. A., Respondent, v ARNOLD ZIMBERG et al., Appellants. — Judgment, Supreme Court, New York County (Alvin Klein, J.), entered on December 16, 1983, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on December 13, 1983 is unanimously dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Asch, JJ.